**FILED**

01/03/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0196

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0196

STATE OF MONTANA,

> Plaintiff and Appellee,

v.

DANE ANTHONY GIBSON,

> Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until January 30, 2023, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 31 2022